981 F.2d 1247
 Kershentsev (Alexander), Bredikhin (Yury), Goncharov
(Valery), Popov (Valery), Shumeikin (Vladimir), Shumeikina
(Galina), Boitsov (Alexander), Boitsova (Irina), Sharov
(Alexi), Sharova (Natalia), Burtasenkov (Timur), Sheveryako
(Vlada), Sheveryako (Gennady), Luberenko (Inga), Koryagin
(Alexey), Krilova (Svetlana), Belavina (Marina), Rybalko
(Ella), Yanchuk (Vita), Gritsovnik (Tatyana), Yyelkin
(Victor), Kovalenko (Vladimir), Borovik (Alexi), Akhumarova
 NO. 91-2030
 United States Court of Appeals,
Third Circuit.
 Nov 16, 1992
 Appeal From: E.D.Pa., 781
 F.Supp. 339
 
 1
 REVERSED.